UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-916-MWF(PLAx)**                              Dated: **April 20, 2017**

Title:       Guillermo Robles -*v*- La Salsa Family Restaurant

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                           None Present

PROCEEDINGS (IN CHAMBERS):     COURT ORDER

In light of the Notice of Settlement filed April 19, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 5, 2017, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**