Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LA SALSA FRANCHISE, LLC, an Arizona Limited Liability Company; and DOES 1-10, inclusive, <br><br> Defendant. | Case No.: 2:17-cv-00916-MWF-PLA <br><br> Hon. Michael W. Fitzgerald <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT  PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** <br><br> Complaint Filed: February 3, 2017 <br><br> Trial Date: None Set |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Guillermo Robles ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's complaint in the above-captioned action, in its entirety. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within 30 days.

## CERTIFICATE OF SERVICE

I certify that on June 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 2, 2017    **MANNING LAW, APC**

By:  */s/ Michael J. Manning, Esq.*
     Michael J. Manning, Esq.
     Joseph R. Manning, Jr., Esq.
     Tristan P. Jankowski, Esq.

     Attorneys for Plaintiff,
     GUILLERMO ROBLES