Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

| | |
|---|---|
| GUILLERMO ROBLES, an individual, | Case No.: 2:17-cv-00916-MWF-PLA |
| Plaintiff, | Hon. Michael W. Fitzgerald |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| LA SALSA FRANCHISE, LLC, an Arizona Limited Liability Company; and DOES 1-10, inclusive, | Complaint Filed: February 3, 2017 |
| Defendant. | Trial Date: None Set |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiff, GUILLERMO ROBLES and Defendant, LA SALSA FRANCHISE, LLC, by and through their counsel of record, that this action be dismissed with prejudice.  The parties to this Stipulation are to bear all of their respective costs, fees, attorneys' fees, and any and all other associated expenses.  On April 19, 2017 a notice of settlement was filed by the parties.  On June 2, 2017 a voluntary dismissal without prejudice was filed and the Court subsequently terminated this action without prejudice.  However, a condition of the settlement entered into by the parties was that the action be dismissed with prejudice.  The parties now respectfully request that the Court dismiss this action in its entirety with prejudice.

Respectfully submitted,

Dated: August 2, 2017                               **MANNING LAW, APC**

By:   */s/ Michael J. Manning, Esq.*
         Michael J. Manning, Esq.
         Joseph R. Manning, Jr., Esq.
       Tristan P. Jankowski, Esq.

         Attorneys for Plaintiff,
         GUILLERMO ROBLES

Dated: August 2, 2017                               **GORDON REES LLP**

By:   */s/ Eleanor M. Welke, Esq.*
         Eleanor M. Welke, Esq.
         Lisa K. Garner, Esq.
         Calvin E. Davis, Esq.

         Attorneys for Defendant,
         LA SALSA FRANCHISE, LLC

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: August 2, 2017                                **MANNING LAW, APC**


By:   */s/ Michael J. Manning, Esq.*
          Michael J. Manning, Esq.
          Joseph R. Manning, Jr., Esq.
         Tristan P. Jankowski

         Attorneys for Plaintiff